UNITED STATES of America, Plaintiff–Appellee,

v.

**Oreste Rolando CHAVEZ, Defendant–Appellant.**

**No. 14–11510 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 26, 2015.

Wifredo A. Ferrer, Vivian Rosado, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Ann Marie Christine Villafana, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Oreste Rolando Chavez, D. Ray James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before MARTIN and ANDERSON *, Circuit Judges.

PER CURIAM:

The prior opinion of the panel is vacated, and this opinion is substituted for it.

Robert W. Stickney, appointed counsel for Oreste Rolando Chavez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

* This order is being entered by a quorum pursuant to 28 U.S.C. § 46(d).

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the defendant's convictions and sentences are **AFFIRMED**.